**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TIMOTHY WHITE,

        Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

Case No. 17-12344
Hon. Terrence G. Berg
Hon. Patricia T. Morris

## ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. 19)

This matter is before the Court on Magistrate Judge Patricia T. Morris's April 10, 2018 Report and Recommendation, Dkt. 19, recommending that the Court DENY Plaintiff's Motion for Summary Judgment, (Dkt. 16), and GRANT the Commissioner's Motion for Summary Judgment (Dkt. 17).

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of a report and recommendation. 28 U.S.C. §

636(b)(1). The district court will make a "*de novo* determination of those portions of the report . . . to which objection is made." *Id.* Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will therefore accept the Magistrate's Report and Recommendation of April 10, 2018 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Morris's Report and Recommendation of April 10, 2018 is **ACCEPTED** and **ADOPTED**.

**SO ORDERED.**

Dated: May 31, 2018              s/Terrence G. Berg
                                 TERRENCE G. BERG
                                 UNITED STATES DISTRICT JUDGE

### Certificate of Service

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on May 31, 2018.

                                 s/A. Chubb
                                 Case Manager